1 | SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
2 | 427 Grand Avenue
Oakland, CA 94610
3 | Telephone: (20) 893-6682
Facsimile: (510) 893-9450
4
Attorneys for Plaintiff
5 | JEAN RIKER

*GRANTED — Judge James Ware — 2/22/2007*

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8 | JEAN RIKER                                CASE NO. C 07-00451 JW
                                              <u>Civil Rights</u>
9 |     Plaintiff,

10

11 | v.

12 | FRANKIE, JOHNNIE &                        DISMISSAL OF DEFENDANT AHRON
     LUIGIE TOO!; FULFILLMENT                  BOGOMILSKY AND BARBARA J.
     SYSTEMS, INC;                             BOGOMILSKY, CO TRUSTEES OF
13 | FULFILLMENT SYSTEMS-                      THE AHRON AND BARBARA J.
     RESTAURANT DIVISION; ;                    BOGOMILSKY TRUST AND
14 | AHRON BOGOMILSKY AND                      DEFENDANT BERNARD B. MIRKIN
     BARBARA J. BOGOMILSKY,                    AND ROSEMARY A. MIRKIN,
15 | CO TRUSTEES OF THE                        TRUSTEES OF THE MIRKIN FAMILY
     AHRON AND BARBARA J.                      LIVING TRUST
16 | BOGOMILSKY TRUST;
     BERNARD B. MIRKIN AND                     FRCP Section 41(a)(1)
17 | ROSEMARY A. MIRKIN,
     TRUSTEES OF THE MIRKIN
18 | FAMILY LIVING TRUST;
     and DOES 1-25, Inclusive,
19
         Defendants.
20 | _____/

21

22

23

24

25

26

27

28

-1-

1  Plaintiff JEAN RIKER filed her complaint in this action on January 23,
2 2007.
3  None of the defendants in the action have yet filed a response, answer, or
4 motion for summary judgment.
5  Pursuant to Federal Rule Of Civil Procedure Section 41(a)(1), Plaintiff
6 JEAN RIKER dismisses her Complaint against the following Defendants only:
7 DEFENDANT AHRON BOGOMILSKY AND BARBARA J. BOGOMILSKY,
8 CO TRUSTEES OF THE AHRON AND BARBARA J. BOGOMILSKY
9 TRUST AND DEFENDANT BERNARD B. MIRKIN AND ROSEMARY A.
10 MIRKIN, TRUSTEES OF THE MIRKIN FAMILY LIVING TRUST

Dated: February 20, 2007        SIDNEY J. COHEN
                                PROFESSIONAL CORPORATION

                                /s/ Sidney J. Cohen
                                _____
                                Sidney J. Cohen
                                Attorney for Plaintiff Jean Riker

-2-