SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA  94610
Telephone:  (20) 893-6682
Facsimile:   (510) 893-9450

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>      Plaintiff,<br><br>v.<br><br>FRANKIE, JOHNNIE & LUIGIE TOO!; FULFILLMENT SYSTEMS, INC; FULFILLMENT SYSTEMS-RESTAURANT DIVISION; D'AMROSIO BROTHERS INVESTMENT COMPANY, A California Limited Partnership; and DOES 1-25, Inclusive,<br><br>      Defendants.<br> _____ / | CASE NO.  C 07-00451 JW<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>FRCP 41(a)(1)(ii) |

Plaintiff Jean Riker and defendants Fulfillment Systems, Inc. (Restaurant Division) dba Frankie, Johnnie & Luigi Too! and D'Ambrosio Brothers Investment Company ( erroneously sued as Frankie, Johnnie & Luigie Too!, Fulfillment Systems, Inc, Fulfillment Systems-Restaurant Division, and D'Amrosio Brothers Investment Company), by and through their attorneys of record, file this Stipulation and Order of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Plaintiff filed this lawsuit  on January 23, 2007.

Plaintiff  and defendants  have entered into a "Settlement Agreement And Release" which settles all aspects of the lawsuit against defendants.  The "Settlement Agreement And Release"  is  incorporated by reference herein as if

Plaintiff's Initial Disclosures                                  -1-

set forth in full. Plaintiff and defendants stipulate to the court retaining jurisdiction to enforce the "Settlement Agreement And Release."

Plaintiff moves to dismiss with prejudice the lawsuit against defendants.

Defendants, who have answered the complaint, agree to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile signatures shall be as valid and binding as original signatures.

Wherefore, plaintiff Jean Riker and defendants Fulfillment Systems, Inc. (Restaurant Division) dba Frankie, Johnnie & Luigi Too! and D'Ambrosio Brothers Investment Company, by and through their attorneys of record, so stipulate.

Date:  9/5/07

SIDNEY J. COHEN
PROFESSIONAL CORPORATION

/s/ Sidney J. Cohen

Sidney J. Cohen
Attorney for Plaintiff

Date: 8/23/07

ALLMAN & NEILSEN

/s/ Sara B. Allman

Sara B. Allman, Esq.
Attorney for All Defendants

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

The lawsuit against defendants is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Settlement Agreement And Release."

Date: September 10, 2007

James Ware
United States District Judge

Plaintiff's Initial Disclosures                -2-